**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on December 10, 2008



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08−22697−JKO

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Sejas
9301 NW 19 St
Hollywood, FL 33024

SSN: xxx−xx−4517

# FINAL DECREE

The trustee, Sonya Salkin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.